

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ALINA HABBA
ACTING UNITED STATES ATTORNEY

*Brooks E. Doyne*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
brooks.doyne@usdoj.gov

*main: (973) 645-2700*
*direct:(973) 297-4390*

November 7, 2025

**Via ECF**
Honorable Edward S. Kiel, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**ORDER**

Re: *Sutuj v. Noem, et al.*, **Civil No. 25-17169 (ESK)**
   **Location of Petitioner's Detention and Two-Week Extension Request**

Dear Judge Kiel:

This Office represents Respondents in the above habeas matter. We respectfully write to update the Court on the location of Petitioner's detention and to request an extension of time to respond to the petition.

On November 5, 2025, the Court entered an Order to Answer that directed Respondents to answer the Petition within 7 days and prohibited Respondents from moving Petitioner "outside of the District of New Jersey pending further order of the Court." ECF 2. U.S. Immigration and Customs Enforcement ("ICE") informed this Office that the morning of November 5, 2025, prior to entry of that order, ICE transferred Petitioner to the Otay Mesa Detention Center in Jamul, California.

Respondents also respectfully request a two-week extension, until November 26, 2025, to respond to the petition. I am the sole Assistant United States Attorney assigned to this matter, and I have filing deadlines in several other unrelated habeas matters that fall on or around the answer date in this matter. Moreover, the answer will require substantial coordination with ICE is to assess Petitioner's allegations and formulate a response. Petitioner's counsel, Alexander Mena, Esq., consents to this request. This is Respondents' first request for an extension to respond to the Court's November 5, 2025 order.

Thank you for your consideration of this matter.

**The request for a two-week extension is granted. By 10:00 a.m. on November 12, 2025, the United States shall file proof of petitioner's location at 10:46 AM EST on November 5, 2025. So Ordered.**

*/s/ Edward S. Kiel*
**Edward S. Kiel, U.S.D.J.**
**Date: November 10, 2025**

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

ALINA HABBA
Acting United States Attorney
Special Attorney

By:   *s/Brooks E. Doyne*
   BROOKS E. DOYNE
   Assistant United States Attorney
   *Attorneys for Respondents*

cc: Counsel of record (ECF)

2