## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **ALFONSO GUERRA SUTUJ,**<br><br>**Petitioner,**<br><br>v.<br><br>**KRISTI NOEM, *et al.*,**<br><br>**Respondents.** | **Case No. 25–cv–17169–ESK**<br><br><br>**OPINION AND ORDER** |

**THIS MATTER** comes before the Court upon petitioner Alfonso Guerra Sutuj's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Petition) (ECF No. 1.)  Petitioner alleges that he is unlawfully detained by immigration authorities under 8 U.S.C § 1225(b)(2) without a bond hearing.  (ECF No. 1 p. 2.)

Respondents filed a letter brief in response to the Petition stipulating that petitioner, a citizen of Guatemala, entered the United States without inspection and was arrested by Immigration and Customs Enforcement (ICE) officers on October 6, 2025.  (ECF No. 9 p. 1.)  Respondents further stipulate that petitioner is in ICE detention without bond pursuant to the Department of Homeland Security's interpretation of "applicants for admission" under § 1225(b)(2) and the Board of Immigration Appeals' (BIA) recent decision *Matter of Yajure Hurtado*, 29 I&N Dec. 215 (BIA 2025).  (*Id.* pp. 1, 2.)  Respondents acknowledge that that their answer to this Petition relies on the same statutory arguments made before this Court in *Ayala Amaya v. Bondi*, No. 25-cv-16428, 2025 WL 3033880 (D.N.J. Oct. 30, 2025), and this Petition asserts the same relevant facts as those in *Ayala Amaya*.  (*Id.*)  I concluded in *Ayala Amaya* that mandatory detention under § 1225(b)(2) applied exclusively to encounters at or near the border, while discretionary detention under 8 U.S.C. § 1226(a) applies to noncitizens, like petitioner, who were already present in the country,

albeit unlawfully, at the time of their arrest by immigration authorities under § 1226(a).    *Ayala Amaya*, 2025 WL 3033880, at *3.

Petitioner is unlawfully detained under § 1225(b)(2); therefore, I will grant the Petition and Motion.  Respondents are ordered to treat petitioner as detained under § 1226(a) and provide him with an individualized bond hearing.

**IT IS** on this   **1st** day of **December 2025   ORDERED** that:

1.    The Petition at ECF No. 1 is **GRANTED**.

2.    Respondents shall treat petitioner as detained under 8 U.S.C. § 1226(a) and provide him with an individualized bond hearing before an immigration judge.

3.    Respondents shall file a letter on the docket within **7 days** of this Opinion and Order indicating whether the hearing has taken place.  If a hearing has not been held, respondents shall give a detailed explanation for same.


    */s/ Edward S. Kiel*
    **EDWARD S. KIEL**
    **UNITED STATES DISTRICT JUDGE**