# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALFONSO GUERRA SUTUJ,**  Petitioner,  v.  **KRISTI NOEM,** *et al.*,  Respondents. | Case No. 25–cv–17169–ESK  **ORDER** |

This Court having granted Petitioner Alfonso Guerra Sutuj's petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) on December 1, 2025 (ECF No. 11); and respondents having submitted a letter indicating that petitioner was released on bond on December 5, 2025 (ECF No. 12); and for good cause appearing,

**IT IS** on this **9th** day of **December 2025 ORDERED** that:

1. The Clerk shall close this matter. The restrictions imposed on petitioner's location during this matter are lifted.

  */s/ Edward S. Kiel*
  **EDWARD S. KIEL**
  **UNITED STATES DISTRICT JUDGE**